THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ORCHESTRATE HR, INC. AND VIVATURE, INC., | * * * | |
| *Plaintiffs* | * * * | |
| v. | * * | CASE NUMBER |
| BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC. AND ANTHEM INSURANCE COMPANIES, INC. | * * * * * * * | _____<br><br>C V 6 1 9 - 0 8 2 |
| *Defendants* | * * * | JURY TRIAL DEMANDED |

## COMPLAINT FOR BREACH OF CONTRACT, LEGAL DAMAGES, PENALTIES AND ATTORNEYS' FEES

**NOW COME** Orchestrate HR, Inc. and Vivature, Inc. (both Plaintiffs collectively referred to as "Vivature"), are Texas corporations who hereby file this Complaint for Breach of Contract, Legal Damages, Penalties and Attorneys' Fees, as to defendants and their affiliated companies, stating as follows:

### SUMMARY OF CLAIM

1.

Vivature, Inc. (herein sometimes referred to as "Vivature") is, *inter alia*, a medical billing company and brings this action on its behalf to collect health insurance benefit payments from Defendants.

1

2.

Effective September 24, 2012, Vivature, Inc. entered into a contract with the Board of Regents of the University System of Georgia to provide, *in alia*, medical billing services to student athletes and general student population who received medical care and treatment on behalf of those University System of Georgia Institutions desiring these services which in the instant matter includes Georgia Southern University.

3.

In a timely manner, Vivature, Inc. electronically submitted clean claim medical bills for the student athletes and general student population of Georgia Southern University to Defendants, all of which claims have been denied payment by Defendants.

## JURISDICTION AND VENUE

4.

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 because this is an action for, *inter alia,* damages in excess of $75,000.00, exclusive of costs, attorney fees, interest or other possible sources of award or relief, and there is complete diversity of citizenship between the parties.

5.

Venue is proper in this district and division pursuant to 28 U.S.C. § 1391(b) and Local Rule 2.1 because (i) the substantial part of the events or omissions given rise to the claims alleged herein occurred in this judicial district, and (ii) defendants, Blue Cross and Blue Shield of Georgia, Inc., Blue Cross and Blue Shield Healthcare Plan, Inc. and Anthem Insurance Companies, Inc., are subject to this Court's personal jurisdiction with respect to the claims arising in this Complaint.

## PARTIES

6.

Orchestrate HR, Inc. and Vivature, Inc. are both duly formed Texas corporations authorized to do and doing business in the State of Georgia, with their principal place of business being 5050 Spring Valley Road, Dallas, Texas, 75244. Orchestrate HR, Inc. and Vivature, Inc. submit themselves to the jurisdiction of this Court.

7.

Defendants are plan administrators, claims administrators, and/or insurers for health plans and insurance policies covering residents of the state of Georgia or their parents, all of whom have engaged in and/or actively engaged in the unfair and illegal practices delineated herein in the state of Georgia.

8.

Upon information and belief, Defendant, Blue Cross and Blue Shield of Georgia, Inc., is a Georgia insurance company, authorized to do and doing business in the State of Georgia, including without limitation, the County of Bulloch. Blue Cross and Blue Shield of Georgia, Inc. is domiciled within and is a legal resident of the State of Georgia with its registered agent located at 289 S. Culver Street, Lawrenceville, Georgia, 30046-4805. Blue Cross and Blue Shield of Georgia, Inc. may be served with process at this address. Upon information and belief, Anthem Blue Cross and Blue Shield is a registered trade name of Blue Cross and Blue Shield of Georgia, Inc. Anthem Insurance Companies, Inc. is an Indiana insurance corporation ("Anthem") is the parent company of Blue Cross and Blue Shield of Georgia, Inc.

9.

Upon information and belief, Defendant, Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc., is a Georgia corporation lawfully organized and doing business in the State of George, including without limitation, the County of Bulloch, with its registered agent located at 289 S. Culver Street, Lawrenceville, Georgia, 30046-4805. Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc. may be served with process at this address.   Upon information and belief, Anthem Blue Cross and Blue Shield is a registered trade name of Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc.   Anthem Insurance Companies, Inc. is an Indiana insurance corporation and is the parent company of Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc.

10.

Upon information and belief, Defendant, Anthem Insurance Companies, Inc., is an Indiana corporation lawfully organized and created in the State of Indiana, authorized to do and doing business in the State of Georgia, including without limitation, the County of Bulloch with its registered agent located at 289 S. Culver Street, Lawrenceville, Georgia, 30046-4805. Anthem Insurance Companies, Inc. may be served with process at this address.

11.

The use of the term Defendants, herein, shall refer to and mean all three of the named Defendants, Blue Cross and Blue Shield of Georgia, Inc., Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc., and Anthem Insurance Companies, Inc.

## BACKGROUND AND SUMMARY OF FACTS

12.

Vivature, Inc. is a Texas corporation based in Dallas, Texas.  Vivature and its affiliates and predecessors have been in business for over thirty (30) years and have grown into a multi-million dollar business with offices across the United States with hundreds of employees.  Vivature has spent significant money and time developing its reputation in human resource management and medical insurance industry.  Vivature has developed highly unique and proprietary products, services and marketing concepts, which have led to Vivature's singular success and the goodwill it enjoys.

13.

Since 2011, Vivature has expanded its services to include assisting colleges and universities across the United States with developing income streams to assist them in providing high-quality education.  Currently, Vivature counts its collegiate clients in the hundreds across the nation and within the University System of Georgia, Vivature has fourteen (14) collegiate clients including Georgia Southern University.

14.

One of the services provided by Vivature to its collegiate clients is it works with the schools to monetize the necessary medical services performed by its certified and licensed athletic trainers.  These trainers perform services pursuant to a licensed medical doctor's orders.

15.

Another service provided by Vivature to its collegiate clients is it works with the schools to monetize the necessary medical services performed by advance nurse

practitioners and physician assistants to the general student population through the Student Health Services of the School.   These advance nurse practitioners and physician assistants perform services pursuant to a licensed medical doctor's orders.

16.

Vivature contracts with a school to help the school get paid for eligible and necessary medical services providing more money to the school for its student athletes and general student population.  For some schools, this source of income is not only important but is needed to ensure continuity of care being provided to the student athletes and the general student population.

17.

Pursuant to the September 24, 2012 agreement by and between University System of Georgia and Vivature, Georgia Southern University became one of Vivature's clients in 2012.  In addition to other insurance related matters, Vivature entered into a contract with Georgia Southern University to provide credentialing, medical billing, and medical claims assistance for Georgia Southern University.   Vivature is Georgia Southern University's duly appointed medical billing agent and attorney-in-fact for the necessary medical services provided by Georgia Southern University's certified and licensed athletic trainers, advance nurse practitioners and physician assistants. Vivature holds a contractual power of attorney for this purpose, along with an assignment of benefits for all medical services and care provided to student athletes by the athletic trainers and the general student population by advance nurse practitioners and physician assistants.

18.

Defendants purport to offer comprehensive insurance plans for its policy holders. Each Defendant is an independent licensee of Blue Cross and Blue Shield Association. Defendants allege that they provide comprehensive medical plans to their insureds/policy holders and those plans pay for services performed by athletic trainers.

19.

Vivature electronically submitted all of the claims in the form of a clean claim for health insurance benefits, timely transmitted electronically to Defendants for payment for healthcare goods and services provided by the athletic trainers, advance nurse practitioners and physician assistants of Georgia Southern University; all in accordance and pursuant to the procedures and guidelines promulgated by Defendants.

20.

For each and every claim submitted to Defendants, Vivature received an electronic acknowledgment from Defendants of receipt of the claim, which reflected the claim number assigned by Defendants which is an acknowledgement by Defendants the submitted claim was clean and in the proper format.

21.

Despite Vivature's compliance with the submission of the completed clean claims and in accordance with the guidelines and procedures of Defendants, Defendants have virtually denied each and every single claim Vivature has submitted on behalf of the student athletes and the general student population of Georgia Southern University. The total number of Georgia Southern University claims submitted to Defendants, which

are the subject matter of this Complaint, is 20,923 totaling $1,842,310.43 in billed charges.

23.

22.
As a result of Defendants' improper actions and denials of these claims, Vivature now brings this Complaint.

23.

Vivature is the proper party to bring this action due to the assignment of benefits by these student athletes and general student population of their contractual rights to the health insurance benefits and to payment under their plans to their University, Georgia Southern University.  In turn, Vivature, Inc., as agent and attorney-in-fact for Georgia Southern University, is responsible under its contract to bill Defendants for the medical care and services performed by the athletic trainers, advance nurse practitioners and physician assistants to the student athletes and general student population.  Obtaining the assignment of benefits agreements between patients and billing company is standard practice in the healthcare industry.

24.

In addition, due to the assignment of benefits and Vivature as the attorney-in-fact, Defendants are to pay insurance benefits directly to Vivature.

25.

By assigning their health insurance benefits to their University, the Defendants' insureds have effectively transferred their rights to appeal denials for medical care and treatment provided by the athletic trainers, advance nurse practitioners and physician assistants to the student athletes and general student population at Georgia Southern University.  Therefore, Vivature, as the attorney-in-fact for Georgia Southern University,

has been harmed by the denials of payment by Defendants as such payments are rightfully owed in full.

26.

Likewise, Vivature has been injured by the time and effort required to respond to inappropriate denials by Defendants.

27.

Vivature has also been injured directly by the requirement it devotes substantial time and resources to address these issues in response to the Defendants' denials as outlined herein.

**DEFENDANTS' WRONGFUL CONDUCT**

28.

Upon information and belief, under the agreements entered into by and between Defendants and Georgia College and State University, also known as the University System of Georgia, of which Georgia Southern University is a member, provides Georgia law shall govern the coverage issues specific to these health insurance plans and, in turn, the health insurance claims under these health insurance plans.

29.

In the state of Georgia, certified and licensed athletic trainers are healthcare providers authorized to carry out the practice of prevention, recognition, evaluation, management, disposition, treatment and rehabilitation of athletic injury.

30.

Athletic injuries are defined as those sustained by a person as a result of such person's participation in exercises, sports, games or recreational activities or any

activity requiring physical strength, agility, flexibility, range of motion, speed or stamina without respect to where or how the injury occurs.

31.

All policies of health insurance, which are issued or delivered in the state of Georgia and providing coverage for services that are within the scope of practice of athletic trainers shall entitle any person covered under such policies to reimbursement for services under such policies or contracts regardless of whether services are rendered by duly licensed doctor of medicine or by a certified and licensed athletic trainer.

32.

All policies of health insurance, which are issued or delivered in the state of Georgia and providing coverage for services that are within the scope of practice of advance nurse practitioners and physician assistants shall entitle any person covered under such policies to reimbursement for services under such policies or contracts regardless of whether services are rendered by duly licensed doctor of medicine, by an advance nurse practitioner or by a physician assistant.

33.

Denying as coverage for reimbursement under Defendants' health plan are in direct contradiction of the agreement between Defendants and Georgia College and University System (University System of Georgia) and under Georgia law.

34.

On the 21st day of May, 2019, written formal demand was made upon Defendants to pay the claims that are covered under its policy for the medical care and

treatment rendered by the athletic trainers, advance nurse practitioners and physician assistants to the student athletes and general student population of Georgia Southern University that are the subject of this Complaint.  To date, Defendants have refused to pay the claims.

### COUNT ONE – VIOLATION OF THE GEORGIA PROMPT PAY STATUTE - O.C.G.A.§ 33-24-59.5

35.

The allegations contained in paragraphs 1 through 34 are incorporated by reference as if fully set forth herein.

36.

Defendants breached their insurance contracts with their insureds thereby violating O.C.G.A. § 33-24-59.5 after receipt of the bona fide submitted clean claims from Vivature for each of the claims and is now indebted to Vivature in the amount of these claims plus twelve percent (12%) per annum (beginning 15 days after Defendants electronically received each of the clean claims from Vivature) on the proceeds or benefits due under the terms of the insurance policy of Defendants.

### COUNT TWO – VIOLATION OF O.C.G.A. § 33-4-6

37.

The allegations contained in paragraphs 1 through 36 are incorporated by reference as if fully set forth herein.

38.

On May 21, 2019, written formal demand was made upon Blue Cross and Blue Shield of Georgia, Inc. (received May 22, 2019), Blue Cross and Blue Shield Healthcare

11

Plan of Georgia, Inc. (received May 22, 2019) and Anthem Insurance Companies, Inc. (received May 22, 2019) in accordance with O.C.G.A. § 33-4-6 setting forth all unpaid claims by Defendants and providing notice suit would follow after the passage of sixty (60) days if the insurance claims remained unpaid, seeking full payment of the health insurance claims, maximum penalty of $5,000.00 for each unpaid claim, reasonable attorney fees, and court costs.

39.

Notwithstanding the formal demand set forth above, Defendants still have not paid any of the health insurance claims submitted by Vivature for the general student population and student athletes of Georgia Southern University.

40.

By refusing to pay the bona fide clean claims submitted by Vivature to Defendants, Defendants are in bad faith under O.C.G.A. § 33-4-6 as more than sixty (60) days has passed since written formal final demand was made upon Defendants by Vivature and such a refusal is bad faith under this statute, and in addition to the money due under the clean claims submitted, Vivature is entitled to receive the greater of either fifty percent (50%) of the liability of each and every claim or $5,000.00, for each and every claim, along with reasonable attorney's fees and court costs for prosecution of this action against Defendants.

41.

Plaintiffs request a jury trial with regard to the above captioned matter.

## PRAYER FOR RELIEF

**WHEREFORE,** Orchestrate HR, Inc. and Vivature, Inc. as Plaintiffs respectfully request this Court award the following relief:

1.     Judgment in favor of Plaintiffs and against Defendants for all compensatory damages, maximum penalties, reasonable attorney fees, and court costs with pre-judgment and post-judgment interest;

2.     Judgment in favor of Plaintiffs and against Defendants to pay all insurance benefits due under Defendants' plans to Plaintiffs for the medical claims submitted on behalf of the Defendants' insureds, plus penalties, reasonable attorney fees, and interest;

3.     Judgment in favor of Plaintiffs and against Defendants for all court costs and expenses in bringing this litigation, including reasonable attorney's fees and expenses;

4.     Trial by jury; and

5.     And all such further relief this Court deems just and proper.

Respectfully submitted this /3th day of September, 2019.

BEAHM & GREEN

_____
Franklin D. Beahm
Georgia Bar Number: 943449

145 Robert E. Lee Boulevard, Suite 400
New Orleans, Louisiana 70124                    *Attorneys for Plaintiffs*
Telephone:   (504) 288-2000
Facsimile:    (504) 288-2099
Email:          frank@beahm.com

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| ORCHESTRATE HR, INC. AND<br>VIVATURE, INC., | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | CASE NUMBER |
| | * | |
| BLUE CROSS AND BLUE SHIELD | * | _____ |
| OF GEORGIA, INC., BLUE CROSS | * | |
| AND BLUE SHIELD HEALTHCARE | * | |
| PLAN OF GEORGIA, INC. AND | * | |
| ANTHEM INSURANCE | * | |
| COMPANIES, INC. | * | |
| | * | |
| Defendants | * | JURY TRIAL DEMANDED |
| | * | |
| | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing Complaint or Breach of Contract, Legal Damages, Penalties and Attorneys' Fees with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following parties of record and by depositing a true copy of the same in the U.S. Mail, with adequate postage affixed thereon, addressed as follows:

Blue Cross and Blue Shield of Georgia, Inc.
Registered Agent – CT Corporation System
289 S. Culver Street
Lawrenceville, Georgia 30046-4805

Blue Cross and Blue Shield Healthcare Plan of Georgia, Inc.
Registered Agent – CT Corporation System
289 S. Culver Street
Lawrenceville, Georgia 30046-4805

Anthem Insurance Companies, Inc.
Registered Agent – CT Corporation System
289 S. Culver Street
Lawrenceville, Georgia 30046-4805

Respectfully submitted this 13th day of September, 2019.

BEAHM & GREEN

/s/ Franklin D. Beahm
Franklin D. Beahm
Georgia Bar Number: 943449

145 Robert E. Lee Boulevard, Suite 400
New Orleans, Louisiana 70124                 *Attorneys for Plaintiffs*
Telephone:   (504) 288-2000
Facsimile:    (504) 288-2099
Email:          frank@beahm.com

2

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ORCHESTRATE HR, INC. AND           *
VIVATURE, INC.,                    *
                                   *
        Plaintiffs                 *
                                   *
v.                                 *          CASE NUMBER
                                   *
BLUE CROSS AND BLUE SHIELD         *          _____
OF GEORGIA, INC., BLUE CROSS       *
AND BLUE SHIELD HEALTHCARE         *
PLAN OF GEORGIA, INC. AND          *
ANTHEM INSURANCE                   *
COMPANIES, INC.                    *
                                   *
        Defendants                 *          JURY TRIAL DEMANDED
                                   *
                                   *

## CERTIFICATE OF COMPLIANCE

The foregoing Complaint or Breach of Contract, Legal Damages, Penalties and

Attorneys' Fees is double-spaced in 12 point Arial font.

Respectfully submitted this 13th day of September, 2019.

                              **BEAHM & GREEN**

                              */s/ Franklin D. Beahm*_____
                              Franklin D. Beahm
                              Georgia Bar Number: 943449


145 Robert E. Lee Boulevard, Suite 400
New Orleans, Louisiana 70124              *Attorneys for Plaintiffs*
Telephone:   (504) 288-2000
Facsimile:   (504) 288-2099
Email:       frank@beahm.com

1