# United States District Court

## Southern District of Georgia

ORCHESTRATE HR, INC. AND VIVATURE, INC.

Plaintiff

v.

BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC. AND ANTHEM INSURANCE COMPANIES, INC.

Defendant

Case No. 6:19-cv-00082-RSB-CLR

Appearing on behalf of ORCHESTRATE HR, INC. AND VIVATURE, INC., PLAINTIFFS

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __November__, __2019__.

*/s/ Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Christopher G. Otten

Business Address: Beahm & Green (Firm/Business Name)

145 Robert E. Lee Boulevard, Suite 400 (Street Address)

Suite 400 — New Orleans, LA 70124

Mailing Address (if other than street address)

(504) 288-2000 (Telephone Number)

Email Address: chris@beahm.com