# United States District Court
## Southern District of Georgia

Orchestrate HR, Inc. and Vivature, Inc.

_____
Plaintiff

v.

Blue Cross and Blue Shield of Georgia, Inc., Blue Cross Blue Shield Healthcare Plan of Georgia, Inc., and Anthem Insurance Companies, Inc.
_____
Defendant

Case No. 6:19-cv-0082-RSB-CLR

Appearing on behalf of

Defendants
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __21st__ day of __November__, __2019__.

_____
*Christopher L. Ray*
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | James A. Washburn |
| Business Address: | Troutman Sanders LLP |
| | Firm/Business Name |
| | 600 Peachtree Street NE, Suite 3000 |
| | Street Address |
| | Atlanta    GA    30308 |
| | Street Address (con't)    City    State    Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2    City    State    Zip |
| | (404) 885-3346         738845 |
| | Telephone Number (w/ area code)    Georgia Bar Number |
| Email Address: | james.washburn@troutman.com |