# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ORCHESTRATE HR, INC. and VIVATURE, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CV619cv082 |
| BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

# **ORDER**

Before the Court is Defendants' Motion to Stay Certain Pre-Trial Deadlines; specifically, those deadlines for the: (1) exchange of initial disclosures, (2) participation in a Rule 26(f) conference, and (3) filing of a Joint Report and Discovery Plan. Doc. 15. The Court is aware that the deadline for conducting a Rule 26(f) conference was December 16, 2019—four days prior to defendants' motion—and that, accordingly, the Joint Report and Discovery Plan should be submitted no later than December 30, 2019—four days before plaintiffs' response to this motion is due. As a result, the Court will *temporarily* **STAY** the requested deadlines until January 10, 2020, to allow plaintiffs' response and the Court's consideration of the pending motion. Plaintiffs shall file their response

to the motion to stay on or before January 3, 2020.

**SO ORDERED**, this 27th day of December, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA