# United States District Court
## Southern District of Georgia

| | |
|---|---|
| ORCHESTRATE HR, INC. AND VIVATURE, INC.<br>Plaintiff | Case No. 6:19-cv-00082-RSB-CLR |
| v. BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC., BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC. AND ANTHEM INSURANCE COMPANIES, INC.<br>Defendant | Appearing on behalf of<br>ORCHESTRATE HR, INC. AND VIVATURE, INC., PLAINTIFFS<br>(Plaintiff/Defendant) |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __16th__ day of __January__, __2020__.

_____
UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

*****

NAME OF PETITIONER: **Jose M. Portela**

Business Address: **Stanton LLP**
Firm/Business Name

**1717 Main Street**
Street Address

**Suite 3800**   **Dallas**   **TX**   **75201**
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

Address Line 2   City   State   Zip

**(214) 996-0209**
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: **jose@stantonllp.com**