# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

ORCHESTRATE HR, INC. and )
VIVATURE, INC., )
                   )
        Plaintiffs, )
                   )
v.                    )      CV619-082
                   )
BLUE CROSS AND BLUE SHIELD )
OF GEORGIA, INC., *et al.*, )
                   )
        Defendant. )

## ORDER

Before the Court is Defendant's Motion to Stay Certain Pre-Trial Deadlines. Doc. 15. Defendant has requested that initial discovery stages be delayed until the Court has disposed of its Motion to Dismiss—in favor of arbitration or due to Plaintiff's failure to state a claim.[1] Doc. 8. Plaintiff has provided its response. Doc. 18. The Motion to Stay is **GRANTED**. Within 14 days of any denial, in whole or in part, of Defendant's Motion to Dismiss, the parties shall confer and jointly submit an Amended Rule 26(f) Report setting forth an agreed upon discovery and motion schedule.

---

[1] Plaintiff has specifically requested the Court to stay the parties' obligations to conduct a Rule26(f) scheduling conference, submit a joint scheduling report and discovery plan, and make initial disclosures. As these are the early steps of the discovery process, the Court construes the motion to seek a stay of all discovery.

**SO ORDERED**, this 29th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA