IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| ORCHESTRATE HR, INC., and VIVATURE, INC., | |
| Plaintiffs, | CIVIL ACTION NO.: 6:19-cv-82 |
| v. | |
| BLUE CROSS AND BLUE SHIELD OF GEORGIA, INC.; BLUE CROSS AND BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.; and ANTHEM INSURANCE COMPANIES, INC., | |
| Defendants. | |

**O R D E R**

Pursuant to a May 19, 2020 Order entered by the Magistrate Judge, this case was stayed so that the parties could negotiate the issue of whether to administratively close the case and pursue arbitration of all claims. (See docs. 26, 27, 29, 33.) Presently before the Court is the parties' Joint Motion to Stay and Administratively Close the Case, (doc. 36). In their Motion, the parties explain that, "[p]ursuant to an agreement by and between the parties to arbitrate the claims of [the case], . . . [they] request the Court stay and administratively close this action until all claims have been fully arbitrated or until further order[ of] the Court." (Id. at p. 3.) Accordingly, and for good cause shown, the Court **GRANTS** the parties' Motion, (doc. 36), and **ORDERS**:

1. This action shall **REMAIN STAYED** until the final determination of the arbitration proceedings;

2. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** this case;

3. At the conclusion of the arbitration proceedings, the parties **SHALL** file, within **thirty**

1

**(30) days**, a joint status report regarding any resolution of Plaintiffs' claims; and

4. The Court shall retain jurisdiction over this action to (a) enforce the terms of the parties' agreement to arbitrate; and (b) entertain any statutory proceedings to confirm, correct, or vacate any arbitration award.

**SO ORDERED**, this 4th day of August, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA